# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS SAMUEL JESSOP,

Plaintiff,

v.

LOS ANGELES SUPERIOR COURT, et al.,

Defendants.

Case No. 2:25-cv-12315-SPG-DTB

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered summarily **DISMISSING** this action without prejudice.

Dated: November 2, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE