JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DOUGLAS SAMUEL JESSOP,

Plaintiff,

v.

LOS ANGELES SUPERIOR COURT, et al.,

Defendants.

Case No. 2:25-cv-12315-SPG-DTB

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: November 2, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE